IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY SCOTT NELSON                                          PLAINTIFF

V.                          CASE NO. 2:19-CV-00059-JM-JTK

CARLOS RIVERA, *et al.*                                  DEFENDANT

## **ORDER**

The Court has received Magistrate Judge Jerome Kearney's recommended partial disposition. No objections to the recommendation have been filed. The Court concludes that the recommendation should be, and is hereby, approved and adopted as this Court's findings in all respects.

SO ORDERED this 17th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE