# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

RANDY SCOTT NELSON                                                                                           PLAINTIFF

V.                                    CASE NO. 2:19-CV-00059-JM-JTK

CARLOS RIVERA, *et al.*                                                                                  DEFENDANTS

## ORDER GRANTING IN PART SEPARATE DEFENDANT WOODARD'S MOTION TO SEAL

Before the Court is Separate Defendant Sheila Woodard's Motion to Seal. *Doc*. 47. Woodard states that both her Statement of Undisputed Facts and the accompanying Exhibits should be filed under seal since they contain Plaintiff Nelson's medical information. The Court finds good cause to grant the motion as to Nelson's medical records since they contain both personal information and medical information irrelevant to this case. The Court does not find good cause to grant the motion as to Defendant Woodard's Statement of Undisputed Facts since it recites only the medical information already at issue in this case.

Therefore, the Court GRANTS Defendant Woodard's Motion (*Doc*. 47) in part. The Clerk is directed to seal Defendant Woodard's Exhibits 1-6 (*Docs*. 46-1, 46-2, 46-3, 46-4, 46-5, and 46-6) in the electronic filing system.

IT IS SO ORDERED this 3rd day of March, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE