**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

RANDY SCOTT NELSON                                                          PLAINTIFF

V.                                    CASE NO. 2:19-CV-00059-JM-JTK

CARLOS RIVERA, *et al.*                                                     DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge
James Moody, Jr. Any party may serve and file written objections to this recommendation.
Objections should be specific and should include the factual or legal basis for the objection. If the
objection is to a factual finding, specifically identify that finding and the evidence that supports
your objection.  An original and one copy of your objections must be received in the office of the
United States District Court Clerk no later than fourteen (14) days from the date of the findings
and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely
objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or
additional evidence, and to have a hearing for this purpose before the District Judge, you must, at
the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such

a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The detail of any testimony desired to be introduced at the hearing before

the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I.      Recommended Dismissal for Failure to Prosecute

On March 31, 2021, this Court directed Plaintiff Randy Nelson "to file a notice of his current mailing address no later than 30 days after this order's entry date." *Doc.* 56. The Court entered this order because on February 22 and March 18, 2021, mail sent to Nelson at his address of record was returned as undeliverable. *Docs.* 49, 54, 55. In their status report, counsel for Defendants also said they have "been unable to contact Plaintiff as his address on Record is returning undeliverable mail." *Doc.* 48 at 2.

Nelson is appearing *pro se*, so he must "promptly notify the Clerk and the other parties to the proceedings of any chance in [his] address… If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Local Rule 5.5(c)(2). Fifty-six days have passed, and Nelson still has not filed his new address. Therefore, the Court recommends this case be dismissed without prejudice for failure to prosecute.

SO RECOMMENDED this 26th day of May, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE