IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY SCOTT NELSON                                                                      PLAINTIFF

V.                              CASE NO. 2:19-CV-00059-JM-JTK

CARLOS RIVERA, *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE