IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY SCOTT NELSON                                                                          PLAINTIFF

V.                         CASE NO. 2:19-CV-00059-JM-JTK

CARLOS RIVERA, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed without prejudice.

SO ADJUDGED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE